# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 081

| | | |
|---|---|---|
| ANN GEISEL, | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| DOLGENCORP, INC. et. al., | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Michelle Price Massingale's Application for Admission to Practice *Pro Hac Vice* of Charles Lance Gould. It appearing that Charles Lance Gould is a member in good standing with the Alabama Bar and will be appearing with Michelle Price Massingale, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Michele Price Massingale's Application for Admission to Practice *Pro Hac Vice* (#20) of Charles Lance Gould is **GRANTED**, and that Charles Lance Gould is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michelle Price Massingale.

Signed: May 18, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge