IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10:cv81
LEAD CASE

| | |
|---|---|
| ANN GEISEL, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DOLGENCORP, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the parties Joint Motion to File under Seal [Doc. 33].

In this action, consolidated for pre-trial purposes, the Plaintiffs sought overtime compensation pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. §§201, *et. seq*., because the Defendant allegedly misclassified each of them as exempt employees. The parties report that they have settled and they seek permission to file each individual settlement agreement under seal so that the Court may conduct an *in camera* review to assess the reasonableness thereof. The Court finds, for the reasons stated in the motion, that it should be granted.

**IT IS, THEREFORE, ORDERED** that the parties Joint Motion to File under Seal [Doc. 33] is hereby **GRANTED** and the individual settlement agreements may be filed under seal for *in camera* review.

Signed: January 24, 2011

Martin Reidinger
United States District Judge